NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BANDA,<br><br>  Plaintiff,<br><br>v.<br><br>Y. CORNIEL, et al.,<br><br>  Defendants. | Case No. 13cv4240 (EP) (MAH)<br><br>**ORDER** |

For the reasons explained in the Opinion of today's date;

**IT IS** this _17th_ day of October, 2022;

**ORDERED** that Defendants Chiapetta, Stokes, Brickhouse, Main, and Corniel's motion for summary judgment, D.E. 235, is **DENIED**; and it is further

**ORDERED** that Plaintiff's motions for default judgment and sanctions, D.E. 242, are **DENIED**; and it is finally

**ORDERED** that the Clerk shall send Plaintiff a copy of this Opinion and Order by regular mail.

Dated: October _17_, 2022

_____
Hon. Evelyn Padin, U.S.D.J.